# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TIMOTHY DARREN PROCTOR, Jr.,<br><br>Defendant. | Criminal Action No. PX-22-0077 |

## PRETRIAL SCHEDULING ORDER

For the reasons stated during the today's status conference, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| October 18, 2023 | Motions *in Limine* due |
| November 1, 2023 | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov<br><br>(Government responsible for filing; Defendants to indicate proposed changes in redline format.)<br><br>Government to provide Jencks and Giglio to Defendant |
| November 8, 2023, 2:00 p.m. | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| December 12, 2023 | Trial begins.  Expected length: 3 days |

Dated: September 12, 2023           /S/
                                                         Paula Xinis
                                                         United States District Judge