UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TIMOTHY DARREN PROCTOR, Jr.,<br><br>Defendant. | Criminal Action No. PX-22-0077 |

## 2nd AMENDED PRETRIAL SCHEDULING ORDER

For the reasons stated during today's status conference, and with agreement of the parties, the Court issues the following amended pretrial deadlines:

| | |
|---|---|
| June 4, 2024 | Motions *in Limine* due |
| June 25, 2024 | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov<br><br> (Government responsible for filing; Defendants to indicate proposed changes in redline format.)<br><br>Government to provide Jencks and Giglio to Defendant |
| July 2, 2024 at 2:00 p.m. | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| September 30, 2024 | Trial begins.  Expected length: 1 week |

Dated: April 30, 2024

                         /S/
                      Paula Xinis
                      United States District Judge