

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Joel Crespo.*
*Assistant United States Attorney*
*Joel.Crespo@usdoj.gov*

*Mailing Address:*
*6500 Cherrywood Lane, Suite 200*
*Greenbelt, MD 20770-1249*

*Office Location:*
*6406 Ivy Lane, 8th Floor*
*Greenbelt, MD 20770-1249*

*DIRECT: 301-344-4109*
*MAIN: 301-344-4433*
*FAX: 301-344-4516*

May 31, 2024

Julie Stelzig, Esq.
Sean McKee, Esq.
Assistant Federal Public Defenders
Office of the Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Julie_Stelzig@fd.org
Sean_McKee@fd.org

        Re:    <u>United States v. Timothy Darren Proctor</u>
                  Criminal No. PX-22-077

Dear Counsel:

      Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), please be advised that the Government will seek to qualify the following witnesses to provide expert testimony at trial:

- **Katherine Benedict – Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives – Nexus Expert (Exhibit A)**

- **Gideon Twum – Former Forensic Chemist, Prince George's County Police Department, Drug Analysis Laboratory – Forensic Chemist Expert (Exhibit B)**

- **Fernando Jaramillo** – **Task Force Officer, Drug Enforcement Administration – Drug Trafficking Expert (Exhibit C)**

You will note that Special Agent Benedict is replacing the Government's previously noticed expert, Chris Szakolczai, who we learned is on extended medical leave. The Government continues to reserve the right to call substitute expert witnesses and additional expert witnesses, and will provide advance notice of any intent to do so.

      Please note that we once again reiterate our request for reciprocal Rule 16 materials. The Government also requests notice of any alibi defense. The Government also specifically requests, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), disclosure of any experts

the Defendant intends to call, the substance of their expected testimony, their curriculum vitae, and any reports or examinations for such experts.

      As always, we urge you to call or write with any questions that arise, as we may be able to resolve any questions.

      Very truly yours,

      Erek L. Barron
      United States Attorney

By:       /s/
      Joel Crespo
      David I. Salem
      Assistant United States Attorneys