Task Force Officer Fernando Jaramillo
Montgomery County Police Department
Special Investigations Division, Major Offender/Conspiracy Unit
Drug Enforcement Administration, Washington Division Office
HIDTA Group 42.

1. I am a Task Force Officer with the Drug Enforcement Administration (DEA), and have been since 2013. I am assigned to the High Intensity Drug Trafficking Task Force (HIDTA) Group 42 at the Washington Division Office, located in Greenbelt, Maryland. I have been employed as an officer with the Montgomery County, Maryland Department of Police since February, 1999. Upon graduating from the police academy, I was assigned to the 3rd District as a patrol officer. While a patrol officer, I was involved in over 100 Controlled Dangerous Substance(s) (CDS) arrests, which resulted in the seizure of evidence related to the possession and distribution of CDS. In February of 2002, I was assigned to the 3rd District, Special Assignment Team (SAT). While a member of 3rd District SAT, I was involved in over 200 CDS arrests. In January 2005, I was assigned to the Special Investigations Division, Drug Enforcement Section, Drug Investigations Unit. In March 2011, I was assigned to my current assignment, the Special Investigations Division, Major Offender/Conspiracy Unit.

2. During the course of my career, I have conducted hundreds of narcotics investigations involving, cocaine, crack cocaine, heroin, fentanyl, methamphetamine, and marihuana. I have performed controlled purchases of CDS, and street level surveillance of CDS transactions. I have utilized informants to make controlled narcotics purchases. I have worked in an undercover capacity on several hundred occasions involving narcotics investigations targeting street level, inter-state and international narcotics traffickers. I have conducted and assisted in several Federal narcotics conspiracy investigations. I have obtained and executed Federal search warrants, and assisted in and conducted Title III investigations. I have attended numerous courses

covering drug recognition, narcotics trafficking, narcotics interdiction, money laundering, and conspiracy investigations.

3. Through this experience, I have become familiar with the organizational structure and activities of CDS trafficking enterprises. I know that subjects involved in criminal activity often use vehicles in support of that activity. These vehicles are used to meet sources of supply, distribute narcotics to customers, meet other co-conspirators, and transport narcotics to "stash" locations. The vehicles are also used to conceal firearms, often used to protect the proceeds from the sale of narcotics. Your affiant knows that the locations where vehicles are parked overnight by narcotics traffickers can often provide additional locations where traffickers reside or stash narcotics.

4. I have become familiar with the way narcotics traffickers distribute CDS, prepare narcotics for distribution, packaging of narcotics, the patterns of activity of narcotics traffickers, and the types and amounts of profits made by traffickers. I have become familiar with how narcotics trafficker obtain narcotics at wholesale prices and re-package narcotics for distribution. I'm familiar with the way narcotics traffickers utilize cellular phones to communicate with their sources of supply and costumers. I know that narcotics traffickers often use social media to communicate, obtain and market their narcotics.  I know that traffickers use vehicles at their disposal to store and conceal narcotics in hidden compartment or "traps" in the vehicles. I know that traffickers often register vehicles in the name of coconspirators. This is done to avoid detection from law enforcement. I know that traffickers conduct counter-surveillance when obtaining and distributing narcotics. This is done to identify law enforcement and rival traffickers. Because of counter-surveillance, law enforcement is limited while performing physical surveillance. Often traffickers can detect the presence of law enforcement, compromising officer safety and the

investigation. I have been recognized as a narcotics expert in Montgomery County Circuit Court, and United States Federal Court in Maryland.

     5.     In March 2023, I was accepted by the United States District Court in Maryland as an expert in narcotics trafficking in the case, United States vs Tejan (21-cr-101GJH). In November 2022, I was accepted by the same Court as a narcotics expert in the case, United States vs Darrell Frazier.  In November 2022, in the case of the State of California, vs Edenilso Alfaro, I was recognized as a narcotics expert.  In this cases I have been recognized as a narcotics expert, and my opinion was been accepted by the court.