IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**HD**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Rcv'd by: |
| v. | * | CRIMINAL NO. PX-22-077 |
| | * | |
| TIMOTHY DARREN PROCTOR, | * | |
| | * | |
| Defendant | * | USDC- GREENBELT |
| | * | '24 JUL 2 PM4:21 |

\*\*\*\*\*\*\*

## JOINT MOTION FOR CONTINUANCE OF CERTAIN FILING DEADLINES IN SECOND AMENDED PRETRIAL SCHEDULING ORDER

The United States of America, jointly with the Defendant Timothy Darren Proctor, hereby move this Court for a brief continuance of certain filing dates in the Second Amended Pretrial Scheduling Order (ECF No. 83). Specifically, the parties seek to continue the due date for Joint Voir Dire, Jury Instructions, Verdict sheet, and Jencks deadline. In support of the motion, the Parties state as follows:

1.      On March 3, 2022, the grand jury returned an indictment charging defendant Timothy Darren Proctor with felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

2.      On June 29, 2022, an initial appearance and arraignment were held before the Honorable Magistrate Judge Ajmel A. Quereshi. The Defendant consented to detention without prejudice.

3.      On August 1, 2022, the Defendant filed a Motion for Review of Detention Order which was set to be heard on August 19, 2022. ECF No. 15.

4.      On August 18, 2022, the grand jury returned a superseding indictment charging the Defendant with possession with intent to distribute, in violation of 21 U.S.C. § 841; and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. 924(c). ECF No. 16.

5.      On August 19, 2022, a detention hearing was held before the Honorable Magistrate Judge Ajmel A. Quereshi where the Defendant was held pending trial. ECF No. 21.

6.     On April 30, 2024, the Court issued a Second Amended Pretrial Scheduling Order setting certain deadlines in advance of trial. ECF No. 83. The parties are currently scheduled to appear before the Court for a hearing on Motions *in Limine* on July 2, 2024, at 2:00 p.m. The parties have filed their Motions *in Limine* and will file responses to Motions *in Limine* according to the deadlines set in the scheduling order.

7.     However, the parties would respectfully request that other deadlines be continued to a time closer to trial, which is currently scheduled for September 30, 2024.

8.     Accordingly, the parties jointly seek to continue the following filing deadlines in the Second Amended Pretrial Scheduling Order:

      a.   Joint Voir Dire, Jury Instructions, and Verdict sheet due on **August 30, 2024.**

      b.   Government to provide Jencks to Defendant on **July 26, 2024.**

      c.   Hearing on voir dire and jury instructions, rescheduled to a time closer to trial.

9.     Regarding Giglio, the Government has provided the defense with Giglio summaries for Prince George's County Police Department ("PGPD") officers as well the entire files that defense requested (the Government requested the files from PGPD and, after redacting them for personal or non-relevant information, provided them to defense). Additionally, the Government made a production of Giglio summaries for PGPD officer to the defense on June 25, 2024, ahead of the hearing on Motions *in Limine*. Further, in November 2023, the Government also provided Giglio for the corrections officer that completed the intake of the Defendant at Corrections. The Corrections Officer has been retired since October 2023 and, since the Government last provided his Giglio in November 2023, the Government will not be updating this file.

10.    For the foregoing reasons, undersigned counsel, with the consent of the Defendant, requests that the Court reschedule the filing deadlines noted above.

Respectfully submitted,

Erek L. Barron
UNITED STATES ATTORNEY

_____/s/_____

Joel Crespo
David Salem
Assistant United States Attorneys

For the reasons stated in the parties' joint motion, the Court hereby **GRANTS** the requested

continuance and re-schedules filing deadlines in the Second Amended Pretrial Scheduling Order

at ECF No. 83 as follows:

1.      Joint Voir Dire, Jury Instructions, and Verdict sheet are due on **August 30, 2024.**

2.      The Government will provide Jencks to the Defendant by **July 26, 2024.**

3.      Hearing on voir dire and jury instructions, will be rescheduled to a time closer to

trial**.**

**SO ORDERED**, this ____2____ day of ~~June~~ _July_ 2024.

_____

THE HONORABLE PAULA XINIS
UNITED STATES DISTRICT JUDGE