IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No.  PX-22-cr-00077 |
| TIMOTHY DARREN PROCTOR | * | |

\* \* \* \* \* \* \* \* \* \*

## MOTION FOR RELIEF DUE TO GOVERNMENT'S DISCOVERY VIOLATION

The defendant, Timothy Proctor, by and through undersigned counsel, hereby moves pursuant to Federal Rules of Criminal Procedure 16(d)(2) and 26.2 for appropriate relief based on the government's failure to comply with its discovery obligations, which has prejudiced Mr. Proctor's ability to prepare his defense for trial. In support of this motion, the defendant states:

1. Mr. Proctor was indicted on March 3, 2022, charging him with unlawful possession of a firearm on July 10, 2021. ECF No. 1.  Mr. Proctor had his initial appearance on June 29, 2022.  On August 18, 2022, the government returned a superseding indictment adding charges of possession with the intent to distribute fentanyl and possession of a firearm in furtherance of a drug trafficking crime. ECF No. 16.

2. On July 21, 2022, defense counsel made its initial request for discovery which included a request for "All books, papers, documents, data, photographs, or tangible objects, or copies or portions thereof, that are material to Mr. Proctor's defense." See Fed. R. Crim. P. 16(a)(1)(E)(i). On October 19, 2023, defense counsel sent a request seeking "any and all documents reflecting the chain of custody of any items or materials seized during the arrest and detention of Mr. Proctor on July 10, 2021."

3. On October 24, 2023, defense counsel requested all internal affairs division (IAD) files for Officer Gregory Belton, who was the Department of Corrections employee who is

1

alleged to have found a second bag of narcotics in Mr. Proctor's right pocket during intake at the Prince George's County Correctional Center. A summary of those IAD materials were produced on November 28, 2023.

4. On December 13, 2023, the government provided notice for the first time that there "may be other discovery from corrections . . . we've been informed that a report may have been written at corrections during intake when they found the additional drugs on Proctor. The event may have been recorded on video as well." Exhibit 1 (Email of Dec. 13, 2023).

5. On February 16, 2024, the government sent a follow-up letter advising that "Corrections has indicated that video is only retrievable within 30 days of the event and, therefore, video from this event from 2021 would no longer be kept by the department. Corrections also indicated that there is no report for this specific event, as the event would likely have been documented by the arresting officer only." Exhibit 2 (Letter of Feb. 16, 2024).

6. On July 26, 2024, the government provided a Jencks disclosure letter in which it identified Correctional Officer Gregory Belton as an anticipated trial witness and stated "There are no Jencks materials to produce" for that witness. Exhibit 3 (Letter of July 26, 2024).

7. On September 24, 2024, an investigator with the Office of the Federal Public Defender (FPD) interviewed Gregory Belton about this incident. Mr. Belton confirmed that the area in which Mr. Proctor would have been searched during intake would be captured on video, although he did not know how long videos were maintained. Mr. Belton also advised that he wrote an incident report about the alleged recovery of drugs from Mr. Proctor, and that the incident report would have included the date, time, and location where the drugs were located. Mr. Belton was clear that this would have been a specific incident report regarding the search of Mr. Proctor, rather than a notation in a shift report or other type of internal report.

8. Mr. Belton has no current recollection of where he allegedly found the narcotics other than it was Mr. Proctor's "right side," and has no other recollection of the search, making his contemporaneous report all the more significant.

9. Mr. Belton also advised the FPD investigator that he had met with the government on two prior occasions – once on September 23, 2024, and once sometime between October and December 2023. During the earlier meeting in 2023, Mr. Belton recalls telling the government that he had created a report about the search of Mr. Proctor on July 10, 2021.

The government has denied that a report exists. The most favorable reading of this is that the government has performed an insufficient search for this highly relevant document and, through its negligence, allowed relevant evidence to be lost or destroyed. At worst, the government knows that Mr. Belton's report no longer exists and has not shared that with the defense, or knows of the report's existence but has failed to produce it.

Mr. Proctor therefore files this motion for sanctions and other relief as appropriate. A proposed order is attached.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
  for the District of Maryland

          /s/
SEAN MCKEE (MD#0912160236)
JULIE L.B. STELZIG (#27746)
Assistant Federal Public Defenders
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
Telephone: (301) 344-0600
Fax: (301) 344-0019
Email: julie_stelzig@fd.org
Email:  sean_mckee@fd.org