

U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Joel Crespo*
*Assistant United States Attorney*
*Joel.Crespo@usdoj.gov*

*Mailing Address:*
*6500 Cherrywood Lane, Suite 200*
*Greenbelt, MD 20770-1249*

*Office Location:*
*6406 Ivy Lane, 8th Floor*
*Greenbelt, MD 20770-1249*

*DIRECT: 301-▮▮▮▮*
*MAIN: 301-344-4433*
*FAX: 301-344-4516*

February 16, 2024

**VIA USA fx**

Julie Stelzig, Esq.
Sean McKee, Esq.
Office of the Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Julie_Stelzig@fd.org
Sean_McKee@fd.org

      Re: <u>United States v. Timothy Proctor, Jr.</u>
         Criminal No. PX-22-077
         Discovery #9

Dear Counsel:

  Consistent with the Government's continuing discovery obligations, and pursuant to Rules 16 and 16.1 of the Federal Rules of Criminal Procedure and Local Standing Order 2020-01 (the "Standing Order"), the United States is providing you with a downloadable production via USAfx. The Government will continue to provide additional discovery on a rolling basis.

  Please note that the discovery materials we are providing are of a private nature and contain personal information that the parties have a responsibility to protect from unneeded disclosure. These discovery materials are also subject to the protective order at ECF No. 64. Consequently, the foregoing materials are provided conditioned on adherence to both Standing Order 2020-01 and the protective order at ECF No. 64.

  If you wish to provide any of the produced documents or information to your client, in accordance with the Standing Order, Para. 2bi, please provide written notice identifying with particularity the documents or information intended to be produced.

**DISCOVERY ENCLOSED (ORGANIZED BY REQUEST)**







**Corrections Reports or Video from Mr. Proctor's Arrest**

**Defendant's Request:**  You requested reports or video from Corrections.

**Government's Response:**  Corrections has indicated that video is only retrievable within 30 days of the event and, therefore, video from this event from 2021 would no longer be kept by the department.  Corrections also indicated that there is no report for this specific event, as the event would likely have been documented by the arresting officer only.



Please contact me if you have any questions.

                                Very truly yours,

                                Erek Barron
                                United States Attorney

By: _____/s/_____
      Joel Crespo
      David I. Salem
      Assistant United States Attorneys