UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

TIMOTHY DARREN PROCTOR, Jr.,

Defendant

Criminal Action No. PX-22-0077

**VERDICT FORM**

1. As to Count One, that on or about July 10, 2021, the Defendant, Timothy Darren Proctor, Jr., possessed a firearm knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, how do you find?

    Not Guilty _____     Guilty ✓

2. As to Count Two, that on or about July 10, 2021, the Defendant, Timothy Darren Proctor, Jr., possessed with intent to distribute a controlled substance, that is, fentanyl, how do you find?

    Not Guilty _____     Guilty ✓

*If you find the Defendant NOT Guilty on Question 2, DO NOT proceed to question 3. Instead, please proceed to question 2a.*

2a. As to the offense of possession of a controlled substance, that is, fentanyl, how do you find?

    Not Guilty _____     Guilty _____

3. As to Count Three, that on or about July 10, 2021, the Defendant, Timothy Darren Proctor, Jr., possessed a firearm in furtherance of a drug trafficking crime as charged in Count 2, how do you find?

    Not Guilty _____     Guilty ✓

THE FOREGOING CONSTITUTES THE UNANIMOUS VERDICT OF THE JURY

10-7-2024
Date

**REDACTED**